```
                                        FILED
                                 CLERK, U.S. DISTRICT COURT

                                    December 22, 2014

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:      TS      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JESUS SOTO,<br><br>    Petitioner,<br><br>    v.<br><br>GREG LEWIS, Warden,<br><br>    Respondent. | No. SA CV 13-1711-DDP (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Petitioner's Motion to Amend, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Petitioner's Motion to Amend is GRANTED in part and DENIED in part as set forth in the Final Report and Recommendation. Petitioner is ORDERED to submit for filing within twenty-eight days of this Order a proposed First Amended Petition that omits Grounds Six through Eight.

Dated: December 22, 2014

_____
DEAN D. PREGERSON
United States District Judge