1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

OCT   6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

JS-6

7

8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                 SOUTHERN DIVISION
11   JESUS SOTO,                    )  No. SA CV 13-1711-DDP (DFM)
12              Petitioner,          )
                                     )  JUDGMENT
13        v.                        )
14   GREG LEWIS, Warden,            )
15              Respondent.          )
16   _____)

17

18        Pursuant to the Order Accepting Findings and Recommendations of the
19   United States Magistrate Judge,
20        IT IS ADJUDGED that that this action is dismissed with prejudice.
21
22   Dated:  __10/6/16_____

23                                   _____
24                                   DEAN D. PREGERSON
                                     United States District Judge
25
26
27
28